## ORIGINAL ✓



| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| The Financial Resources Group, Inc.<br>700 Mechem Drive, Suite 8B<br>Ruidoso, NM 88345<br>(505) 257-1607/fax (505) 257-0617<br>Tax ID # 91-1592987 | FILED<br>OCT 30 2008<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY_____ Deputy Clerk |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:<br><br>Alyn Corp. A Delaware Corp.<br><br>Debtor. | CASE NUMBER<br>00-15911-ES<br>HEARING DATE:<br>TIME:<br>PLACE: |

### MOTION FOR ORDER RELEASING UNCLAIMED FUNDS

I, under penalty of perjury under the laws of the United States of America declare (or certify, verify, or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $ __2,354.25__ which is the sum of all monies deposited with the court on the following date(s) __10/12/07__ on behalf of the creditor __Manuel Santana__ on claim number(s) __Scheduled__

2. Please check and complete the applicable subparagraph(s) below:

   ☒ a. I am the creditor named in paragraph 1.

   ☐ b. I am an employee of the creditor named in paragraph 1 and my title is _____
       The creditor is still legally entitled to the monies and I am authorized by the creditor to this petition. Submit evidence establishing authority to act on behalf of creditor.

   ☒ c. I am the creditor and have appointed __The Financial Resources Group, Inc.__
       as my lawful attorney-in-fact who is duly authorized by the attached original power of attorney to file this motion.

   ☐ d. Subparagraphs a, b, and c above do not apply, but I am entitled to payment of such monies because (submit evidence establishing basis for right to obtain payment).

(Continued on next page)